UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAHIDUR RAHMAN,<br><br>                     Petitioner,<br><br>          -v.-<br><br>JUDITH ALMODOVAR, *in her official capacity as Acting New York Field Office Director, U.S. Immigration & Customers Enforcement ("ICE")*; KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *in his official capacity as Acting Director of ICE*; and PAMELA BONDI, *in her official capacity as Attorney General, U.S. Department of Justice*,<br><br>                     Respondents. | 25 Civ. 10203 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i)    On or before **December 12, 2025**, the Government shall file a letter with the following information:

   a. Petitioner's A-number and current place of detention;

   b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

   c. A copy of any final order of removal;

    d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

    e. An indication of whether this case is distinguishable from previous cases decided by this Court.  *See, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF).

(ii) On or before **December 15, 2025**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **December 22, 2025**.

(iv) The parties shall appear for a conference regarding the petition on **December 29, 2025**, at **11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Respondents shall produce Petitioner at this hearing.

(v) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal.  *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*,

No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)    Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce,* No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

Because this case involves an alien detainee, the Clerk of Court is directed to change the NOS to 463 in order to keep the case entries restricted.

SO ORDERED.

Dated:    December 10, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3